### ROBERTO NUNEZ *v.* EARL ABRAMS ET AL.
### (14745)

Foti, Heiman and Schaller, Js.

Submitted on briefs February 22—decision released March 26, 1996

*Joseph M. Brophy* filed a brief for the appellant (plaintiff).

*Carolyn P. Gould* and *David J. Crotta, Jr.,* filed a brief for the appellees (defendants).

PER CURIAM. The judgment is affirmed.